United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-13761-jkf
Valerie L. Gernhardt                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett           Page 1 of 2            Date Rcvd: Dec 01, 2017
                               Form ID: pdf900          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db             +Valerie L. Gernhardt,    312 Berkshire Road,    Fairless Hills, PA 19030-2236
13926223        A-1 Collections Services,    PO Box 6009,    Lawrence Township, NJ 08648-0009
13926225        Allied Data Corp.,    13111 Westheimer, Ste. 400,    Houston, TX 77077-5547
13926228       +Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
13926229        Constar Financial Services, LLC,    PO Box 12020,    Glendale, AZ 85318-2020
13926230       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13926231       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13926235       +New Falls Dental Group,    Attn: Nishita Irukulla,    7419 New Falls Road,
                 Levittown, PA 19055-1008
13926236        New Jersey Neck & Back Institute, PC,    PO Box 5686,    Trenton, NJ 08638-0686
13926238       +PECO,   P.O. Box 37629,    Philadelphia, PA 19101-0629
13926237        Patrick Aufiero MD PA,    2085 Klockner Road,    Trenton, NJ 08690-3415
14012252       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
13970234       +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13926241       +Young, Klein & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 01 2017 07:38:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 01 2017 07:38:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13926224        E-mail/Text: csr@theaffiliatedgroup.com Dec 01 2017 07:38:46     Affiliated Credit Services,
                 PO Box 7739,    Rochester, MN 55903-7739
13950526        E-mail/Text: ally@ebn.phinsolutions.com Dec 01 2017 07:37:54     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13926226       +E-mail/Text: bkrpt@retrievalmasters.com Dec 01 2017 07:38:18
                 Amca/American Medical Coll Agency,    Attn: Bankruptcy,    Po Box 160,    Elmsford, NY 10523-0160
13926227       +E-mail/Text: bkrpt@retrievalmasters.com Dec 01 2017 07:38:18
                 Amca/American Medical Coll Agency,    2269 S Saw Mill,    Elmsford, NY 10523-3832
13926232       +E-mail/Text: bankruptcy@flagshipcredit.com Dec 01 2017 07:38:25     Flagship Crd,    PO Box 965,
                 Chadds Ford, PA 19317-0643
13933187       +E-mail/Text: bankruptcy@flagshipcredit.com Dec 01 2017 07:38:25     Flagship Credit Acceptance,
                 P.O. Box 3807,    Coppell, TX 75019-4354
13926234       +E-mail/Text: bankruptcy@sccompanies.com Dec 01 2017 07:38:48     Ginnys/Swiss Colony Inc,
                 1112 7th Ave,    Monroe, WI 53566-1364
13926233       +E-mail/Text: bankruptcy@sccompanies.com Dec 01 2017 07:38:48     Ginnys/Swiss Colony Inc,
                 Attn: Bankruptcy,    1112 7th Ave,    Monroe, WI 53566-1364
13928042       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2017 07:37:41
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13972276        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2017 07:38:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13926239        E-mail/Text: nod.referrals@fedphe.com Dec 01 2017 07:37:56     Phelan Hallinan & Schmeig,
                 1617 JFK Blvd., Ste. 1400,    Philadelphia, PA 19103-1814
13991731       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 01 2017 07:38:26     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
13926240       +E-mail/Text: bankruptcy@sccompanies.com Dec 01 2017 07:38:48     Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
13928430       +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 07:37:25     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett               Page 2 of 2                   Date Rcvd: Dec 01, 2017
                              Form ID: pdf900               Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Valerie L. Gernhardt support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                  :         Chapter 13

17-13761-JKF        VALERIE L GERNHARDT

                    Debtor(s)                               :         Bky. No.

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Frederick Reigle, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:  11/30/17**

_____
**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**